CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STX PAN OCEAN CO., LTD.,

                Plaintiff,

        v.

GLORY WEALTH SHIPPING SERVICE LTD,
*also d/b/a* GLORY WEALTH SHIPPING PTE LTD.

                Defendant.
-----------------------------------------------------------X

07 CIV 7725

07 CV _____

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff STX PAN OCEAN CO., LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       August 29, 2007

                                  CHALOS, O'CONNOR & DUFFY, LLP
                                  Attorneys for Plaintiff

By: _____
                                  Eugene J. O'Connor (EO-9925)
                                  Timothy Semenoro (TS-6847)
                                  366 Main Street
                                  Port Washington, New York 11050
                                  Tel: (516) 767-3600 / Fax: (516) 767-3605