Sullivan, T

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STX PAN OCEAN CO., LTD.,

                Plaintiff,

                                      07 CV 7725 (RJS)

      v.

                                      **NOTICE OF VOLUNTARY**
GLORY WEALTH SHIPPING SERVICE LTD,    **DISMISSAL AND ORDER**
also d/b/a GLORY WEALTH SHIPPING PTE LTD.,

                Defendant.
------------------------------------------------------------X

    PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

    FURTHERMORE, as Defendant has exchanged acceptable security for the underlying claims with the Plaintiff, all property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant GLORY WEALTH SHIPPING SERVICE LTD, also d/b/a GLORY WEALTH SHIPPING PTE LTD., currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated August 30, 2007, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant (i.e. allow wire transfers to proceed as per their original routing instructions, unless otherwise directed) and said attachments are vacated.

Dated: Port Washington, New York
September 17, 2007

                        CHALOS, O'CONNOR & DUFFY
                        Attorneys for Plaintiff

By:     _____
                        Eugene J. O'Connor (EO-9925)
                        Timothy Semenoro (TS-6847)
                        366 Main Street
                        Port Washington, New York 11050
                        Tel: 516-767-3600 / Fax: 516-767-3605

SO ORDERED:

_____
Hon. Richard J. Sullivan, U.S.D.J.
9/17/07